**Ralph OYAGUE, Plaintiff–Appellant,**

v.

**STATE OF NEW YORK, C.O. Denton, Capt. Morton, C.O. Sneddon, C.O. Leetz, Dennis Bliden, Lt. Haubert, C.O. D'Angelico, Defendants–Appellees.**

No. 00–299.

United States Court of Appeals, Second Circuit.

June 12, 2001.

Ralph Oyague, Comstock, NY, pro se.

Caitlin J. Halligan, Deputy Solicitor General; Michael S. Belohlavek, Deputy Solicitor General, of counsel; Eliot Spitzer, Attorney General of the State of New York, on the brief, New York, NY, for appellees.

Present CABRANES, STRAUB and SACK, Circuit Judges.

SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of said District Court be and is AFFIRMED.

Plaintiff Ralph Oyague appeals from a judgment of the District Court granting defendants' motions to dismiss plaintiff's claims under 42 U.S.C. §§ 1983 and 1985(3), the American with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.*, and the Rehabilitation Act, 29 U.S.C. §§ 701 *et seq.* Substantially for the reasons provided in the opinion of the District Court, *see Oya-*

*gue v. State of N.Y.*, No. 98 Civ. 6721, 2000 WL 1231406 (S.D.N.Y. Aug. 31, 2000), we AFFIRM.